UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SZYMON SAKOWICZ,

                              Plaintiff,

                    -against-

SCOTT M. SMITH,

                             Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-cv-1394 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In late February, Defendants filed a proposed case management plan. Dkt. No. 20. Plaintiff did not sign on to the proposed case management plan, nor did Plaintiff submit its own proposed case management plan.

The Parties filed a letter agreeing on deposition dates, but the Parties did not use the mandatory case management plan template as required by the Court's Standing Order on Individual Practices in Civil Cases, Section III.A. Dkt. No. 29.

Chambers emailed the Parties alerting them to the need to file the case management plan using the proper template, but the parties did not respond to that email nor file the plan in the proper format.

The Parties are directed to jointly file a proposed case management plan using the Court's template by **July 31, 2023**.

SO ORDERED.

DATED:    New York, New York
                July 17, 2023

                                                          *Jennifer E. Willis*
                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge